UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN SNODGRASS,

    Petitioner,

        v.                                          Civil No. 12-cv-50-JPG

UNITED STATES OF AMERICA,                    Criminal No 09-cr-30039-JPG

    Respondent.

## JUDGMENT

    This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that petitioner Steven Snodgrass's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; that the judgment in Snodgrass's criminal case is vacated (Doc. 87; Case No. 09-cr-30039-JPG); and that an amended judgment be entered in Snodgrass's criminal case (Case No. 09-cr-30039-JPG) immediately upon vacating the original judgment and reflecting a guilty finding only on Counts 1 and 2 of the Second Superseding Indictment; imposing a total sentence of 360 months (240 months on Count 1 and 120 months on Count 2 to be served consecutively); assessing a special assessment of $200 ($100 on each of Counts 1 and 2); imposing a fine of $600; omitting reference to any punishment for Count 3; and in all other respects identical in substance to the original judgment.

    IT IS FURTHER ORDERED AND ADJUDGED that nothing in this judgment shall be construed to authorize release of Snodgrass from Bureau of Prisons custody.

**DATED: November 20, 2013**        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                            **s/ K. Jane Reynolds, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**