UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN SNODGRASS,

    Petitioner,

          v.                                    Civil No. 12-cv-50-JPG

UNITED STATES OF AMERICA,          Criminal No 09-cr-30039-JPG

    Respondent.

## MEMORANDUM AND ORDER

      This matter comes before the Court on petitioner Steven Snodgrass' motion for the Court to order the Government to disclose to him certain documents relating to his criminal case (Doc. 50). As authority for his motion, he cites Federal Rule of Criminal Procedure 16, which allows limited discovery in criminal cases, and cases about discovery in criminal cases. The Court does not have jurisdiction to consider Snodgrass' motion. His criminal case is over, his judgment is final, and the Court has limited authority to revisit that judgment. Snodgrass cites no authority applicable to this case at the present time. Additionally, his § 2255 proceeding is likewise over, and any attempt to reopen the judgment in this case at this point would constitute an unauthorized successive collateral attack over which the Court does not have jurisdiction. *See Gonzalez v. Crosby*, 545 U.S. 524, 531 (2005) (*habeas* context); *see United States v. Scott*, 414 F.3d 815, 816 (7th Cir. 2005) (considering post-judgment Rule 6(e) motion). For these reasons, the Court **DISMISSES** Snodgrass' motion (Doc. 50) for **lack of jurisdiction**.

**IT IS SO ORDERED.**
**DATED: April 28, 2015**

                                                      s/ J. Phil Gilbert
                                                      **J. PHIL GILBERT**
                                                      **DISTRICT JUDGE**