UNITED STATES DISTRICT COURT
IN THE
SOUTHERN DISTRICT OF ILLINOIS

Steven Snodgrass, )
    Plaintiff, )
)
) Criminal #: 09-30039-JPG
)
v. )
) Civil #3: 12-cv-00050-JPG
)
United States of America, )
    Defendant. )
)

"Administrative, Actual, Constructive and Judicial Notice"

    All public officials, Officers of governmental bodies politic, in all branches/departments, Executive, Legislative, or Judicial, being of Oath of Office, bonded to fidelity, are under ministerial duty, Rock Island County v US ex rel. State Bank, 4 Wall 435, US v Thomas, 15 Wall 337, US v Lee, 106 US 196, 1 S.Ct 240, fiduciary/trustees, US v Carter, 217 US 286, 30 S.Ct 515. "The implication of a trust is the implication of every duty proper to a trust. ***Whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them." Buffum v Peter Barceloux Co., 289 US 227, 237; 77 L.Ed. 1140, 1146, cited in Bruun v Hansen, 103 F2d. 685 (1939), wherein it further states "Being fiduciaries, the ordinary rules of evidence are reversed", must obey the law, Butz v Economou, (US) 98 S.Ct 2894, Davis v Passman (1979, US) 99 S.Ct 2264.

    "The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." Lytle v Arkansas, 9 Howe 314, 13 L.Ed 153, Duluth & Iron Range Co. v Roy, 173 US 587, 19 S.Ct 549, 43 L.Ed 820, and "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person is enforceable by judicial process." Butterworth v US ex rel. Hoe, 112 US 50, 5 S.Ct 25, 28 L.Ed 656.

"A ministerial officer is liable for an injury done, where his acts are clearly against law," <u>Tracy v Swartwout</u>, 10 Pet. 80, 9 L.Ed 354, "***or where he acts willfully, maliciously, and unjustly in a case within his jurisdiction," <u>Kendall v Stokes</u>, 3 How 789, 11 L.Ed 833, "may be liable in tort for misfeasances which are violations of public laws or official duties," <u>Garland v Davis</u>, 4 How 131, 11 L.Ed 907, "and action will lie against him; and a verdict for nominal damages should be rendered unless special damage is alleged and proved," <u>Boyden v Burke</u>, 14 How 575, 14 L.Ed 548, and "When the law requires a ministerial act to be done by a public officer, and he neglects or refuses to do such act, he is liable in damages to the party injured. Mistake or honest intentions will not excuse him." <u>South v Maryland</u>, 18 How 396, 15 L.Ed 433, <u>Amy v Barkholder</u> (Amy v The Supervisors) 11 Wall 136, 20 L.Ed 101. "For breach of public duty an officer is punishable by indictment," <u>South v Maryland</u>, 18 How 396, 15 L.Ed 433.

Failure to answer is Silence. Silence can only be equated with fraud where there is a legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading. <u>US v Tweel</u>, (1977) 550 F.2d 297.

"Notice" is presented in "good faith" UCC§1-201(19)(D.C. Code §28:1-201), pursuant to your Amendment Five, "due process of law," Articles of Bill of Rights (1791) of your charter (1789).

*Notice: by Steven Snodgrass on the 23RD of June, 2015 on previous objections before this court.*

2

VERIFICATION

I, Steven Snodgrass, declare under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Steven Snodgrass

*Steven Snodgrass*

April + May 1, 2015 60 (d)(3) and 59(e)
Priors 3 denied request

CERTIFICATE OF SERVICE

I, Steven Snodgrass, hereby declare that a true and correct copy of these objections to the Court's Findings, was provided to the Clerk of the Court, on this 23rd day of June, 2015, by placing such in the inmate outgoing mail with first class postage affixed to it and mailed to the address listed below:

U.S. DISTRICT COURT
SOUTHERN DISTRICT
301 W. MAIN ST.
BENTON, ILINOIS
62812

RE: Case no.: Civil 12-CV-00050-JPG
Criminal 09-CR-30039-JPG

Steven Snodgrass
07140-025 C-B-8
U.S. PENITENTIARY
P.O. BOX 1000
MARION, ILLINOIS 62959

SAINT LOUIS MO 630
23 JUN 2015 PM 4 L



FOR CLEAR
US MARSHAL

⇔07140-025⇔
Usdistrict Court Southern Dist
301 W MAIN ST
Nancy Rosenstengel
Benton, IL 62812
United States

LEGAL MAIL

62812131401



Warden
United States Penitentiary
Marion, Illinois 62959
Date: JUN 2 3 2015

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has not been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.